# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PEANUTS WORLDWIDE LLC, | Case No. 21-cv-1992 |
| Plaintiff, | |
| v. | Hon. Steven C. Seeger |
| ZOOYA FACTORY STORE, *et al.*, | |
| Defendants. | |

## FINAL JUDGMENT ORDER

This action having been commenced by Plaintiff Peanuts Worldwide LLC's ("Plaintiff") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (the "Seller Aliases"), which allegedly offer to sell, and do sell, unauthorized, counterfeit, and infringing Peanuts products on various third-party platforms, and Plaintiff having moved for entry of Default and Default Judgment against the defendants listed in the attached Schedule A (collectively, the "Defaulting Defendants").

This Court having entered upon a showing by Plaintiff, a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Plaintiff having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

This Court finds, without adversarial presentation, that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using at least the Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products bearing unauthorized copies of the Peanuts Copyrighted Designs (including U.S. Copyright Registration Nos. B 197-759, GP 59-162, and A 95-985) and/or using infringing and counterfeit versions of the PEANUTS Trademarks (collectively, the "Unauthorized Peanuts Products") to residents of Illinois. A non-exclusive list of the PEANUTS Trademarks is included in the below chart.

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 1,255,304 | PEANUTS | For: address books; books (including coloring books); datebooks; greeting cards; growth charts made of paper; invitations; memo pads; nametags made of paper; paintbrushes; paper napkins; pencils; pencil boxes and cases; place cards made of paper; playing cards; telephone list books; wrapping paper for gifts; writing paper and envelopes; and writing tablets in class 016. |
| 1,265,839 | PEANUTS | For: Christmas decorations and ornaments; dolls; playsets; puzzles in class 028. |
| 1,301,542 | PEANUTS | For: music boxes in class 015. |
| 1,729,501 | PEANUTS | For: clothing; namely, infant boys' and girls' creepers, leggings, shorts, jackets, tops, boys' tops, shorts, tank tops, fleece tops, pants, pajamas, jackets, shorts, and socks; girls' shorts, tops, creepers, jumpers, socks and hosiery in class 025. |
| 1,970,335 | PEANUTS | For: bed linen, namely bedspreads, blankets, comforters, pillowcases, pillow shams, and sheets in class 024. |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 4,017,645 | PEANUTS | For: pre-recorded DVDs featuring animated characters; pre-recorded CDs featured animated character voices; films featuring animated characters; computer game programs, computer game software, video games, namely, video game software, video game cartridges and video game discs; downloadable television shows featuring animated characters in class 009.<br><br>For: continuing animated programs distributed over television, satellite, audio, video media, the internet and worldwide web in class 041. |
| 4,429,043 | PEANUTS | For: motion picture films featuring animated cartoons; downloadable motion pictures featuring animated cartoons; downloadable music in class 009. |
| 5,023,666 | PEANUTS | For: porcelain commemorative plates in class 021. |
| 5,392,411 | PEANUTS | For: bags, namely, purses, tote bags, backpacks, book bags, school bags, diaper bags, duffel bags, messenger bags, overnight bags, sling bags, luggage, luggage tags, travels bags and garment bags for travel, cosmetic bags sold empty, toiletry bags sold empty, cinch sacks in the nature of drawstring bags used as backpacks, wristlet bags, wallets, change purses, leather and imitation leather key chains, umbrellas; pet clothing; pet accessories, namely, leashes, collars in class 018. |
| 1,254,632 | SNOOPY | For: games and toys; ornaments and decorations for Christmas trees in class 028. |
| 1,256,819 | SNOOPY | For: jewelry, watches, and clocks in class 014. |
| 1,256,900 | SNOOPY | For: luggage and totebags in class 018. |
| 1,256,970 | SNOOPY | For: athletic jerseys, aprons, bibs, coats, footwear, gloves, hats, jackets, jogging suits, mittens, nightgowns, nightshirts, pajamas, t-shirts, tank tops, shorts, socks, sweatshirts, and underwear in class 025. |
| 1,267,166 | SNOOPY | For: picture frames in class 020. |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 1,268,857 | SNOOPY | For: adhesive bandages in class 005. |
| 1,286,055 | SNOOPY | For: drinking glasses, glass mugs, ceramic mugs, decorative ceramic storage containers for miscellaneous items, and toothbrushes in class 021. |
| 1,300,520 | SNOOPY | For: books, writing paper and envelopes, paint brushes, playing cards, printed instructional and teaching materials, crayons, felt-tip markers, pencils, erasers, paper lunchbags, calendars, drawing paper and tablets, and memo pads in class 016. |
| 2,492,720 | SNOOPY | For: gummy candies in class 030. |
| 4,145,986 | SNOOPY | For: pre-recorded DVDs, pre-recorded CDs, motion picture films for television featuring animated characters; computer game programs; computer game software; video game programs; video game discs; and video game software in class 009. |
| 5,218,767 | SNOOPY | For: motion picture films featuring children's entertainment; downloadable motion pictures featuring children's entertainment in class 009. |
| 5,214,344 | CHARLIE BROWN | For: motion picture films featuring animated cartoons; downloadable motion pictures featuring animated cartoons; downloadable music, ringtones and electronic games via the internet and wireless devices in class 009. |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), and copyright infringement (17 U.S.C. §§ 106 and 501, *et seq*.).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED as provided in this Final Judgment, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Pursuant to 15 U.S.C. § 1117(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of ten thousand dollars ($10,000) for willful use of counterfeit PEANUTS Trademarks on products sold through at least the Seller Aliases.

2. Pursuant to 17 U.S.C. § 504(c)(2), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of ten thousand dollars ($10,000) for willful copyright infringement of the Peanuts Copyrighted Designs.

This is a Final Judgment.

Date:  November 12, 2021

Steven C. Seeger
United States District Judge

Peanuts Worldwide LLC v. ZOOYA FACTORY STORE, et al. - Case No. 21-cv-01992

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | ZOOYA Factory Store | 2 | Wenzhou Stone Communication & Stationery Company |
| 3 | Heartmove bakeware Store | 4 | Shop4574041 Store |
| 5 | Decor Pianting Store | 6 | Colorful Art Store |
| 7 | Shop5617267 Store | 8 | DISMISSED |
| 9 | Shop711993 Store | 10 | Shop900249063 Store |
| 11 | ManYun Art Store | 12 | Wozik Store |
| 13 | KDH18 Store | 14 | KDH Store |
| 15 | AK-14 Store | 16 | ZHVV |
| 17 | ZDZLH | 18 | Sanglin Trading Co., Ttd. |
| 19 | ShangHaiXiRuoShangWuZiXunYouXianGongSi1 | 20 | DISMISSED |
| 21 | SOULS125 | 22 | A17Y2W64FH4WKD |
| 23 | Faddlingmany | 24 | xians hixinchengqup inganqicheyongpindian |
| 25 | chengxiangquxialinshilinlifuzhuangdian | 26 | NingBoYueXinGuoJiMaoYiYouXianGongSi |
| 27 | jinkuijiaju | 28 | ZHTDT |
| 29 | ADSQBXCY | 30 | XSRJ |
| 31 | CONICIXI | 32 | shunfengs |
| 33 | DISMISSED | 34 | YongKangShiZengShangMaoYiYouXianGongSi |
| 35 | HannahJoe | 36 | cuohoumaoyi |
| 37 | HeNanHongTuKuangChanPinKaiFaYouXianGongSi | 38 | Love The Family |
| 39 | DISMISSED | 40 | pingyixianhuankaidianzishangwuzhongxin |
| 41 | bestmasks | 42 | lihuazahuo |
| 43 | Zhang Hui Youth Clothing | 44 | guangzhouhuiyikejiyouxiangongsi |
| 45 | DISMISSED | 46 | HuanXianXuLiangLiangRiYongPinShangHang |
| 47 | lionJ2 | 48 | Yanikabi |
| 49 | CHENGFENGE | 50 | HM7003268 |
| 51 | zhongjinhua | 52 | qishuixuanbolizhipinyouxiangongsi |
| 53 | SuiXiXianChengBeiYuMengFuZhuangDian | 54 | JYBDsri |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 55 | Inhuaxinq | 56 | WNGJUFD |
| 57 | FvrRo | 58 | DISMISSED |
| 59 | sbhajb | 60 | DISMISSED |
| 61 | DISMISSED | 62 | GZFUUT |
| 63 | Charene's Home & Deco | 64 | PAP9003047 |
| 65 | DISMISSED | 66 | dflkwkaiwer |
| 67 | BLAMK | 68 | VanCinicy |
| 69 | DISMISSED | 70 | Efakgqukha |
| 71 | A283LOP1CBL63D | 72 | Summer Whales |
| 73 | DERHJ | 74 | CONNZIP |
| 75 | FOURFOOL | 76 | dongguanfeierboxincailiaokejiyouxiangongsi |
| 77 | Nan'an City, Fujian Province Jinxiu Clothing Co., | 78 | ccbhkeru |
| 79 | Zhuangyandianzi | 80 | shenzhenmengdakejiyouxiangongsi |
| 81 | ZHONGHA INDUSTRIAL LI | 82 | cheechfoo |
| 83 | HDXYMYP | 84 | ZXNPDY |
| 85 | God's clothing store | 86 | Shehegril |
| 87 | SCQ55X439 | 88 | Qi Yuping Trading Company |
| 89 | xianaerhawanguokejiyouxiangongsi | 90 | Givenmore |
| 91 | huang yongbos | 92 | XiaMenMangShengWangLuoKeJiYouXianGongSi |
| 93 | DISMISSED | 94 | MuDanJiangShiWanTongZaiShengZiwnYouXianGongSi |
| 95 | MichaelWare | 96 | A2TP19OAGK9Z3R |
| 97 | DuoYaShangMaoYouXianGongSi | 98 | maqiaowujindian |
| 99 | hanjiangquhanxizengshimingfuzhuangdian | 100 | Dream Town J |
| 101 | taianshicuwenjingquzhibaowangluokejifuwugongzuoshi | 102 | Gjmtj |
| 103 | zhurunshangmao | 104 | XingHuaLing |
| 105 | ZHIYANG | 106 | xxhhttkk |
| 107 | CANCAKA110 | 108 | DISMISSED |
| 109 | DISMISSED | 110 | ChengDuPaLiDianZiShangWuYouXianGongSi |
| 111 | LONSANT-204 | 112 | XWG1082639 |
| 113 | HaiDongShiShenDongShuCaiXiaoShouYouXianGongSi | 114 | haikoumeilanjiananshangmaozhongxin |
| 115 | A36LSG3KWMQRC6 | 116 | Peak's Gift |
| 117 | iTianHeQuDuiQuShangMaoYouXianGongSi | 118 | putainxuan |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 119 | zhang lix | 120 | Watefether |
| 121 | SAN--MING | 122 | DISMISSED |
| 123 | DISMISSED | 124 | bijiafuzhuang |
| 125 | asdrtxz | 126 | Gonmeld. |
| 127 | kuonendianzishangwu | 128 | huantaixianchengqumailabeilayingyouerfushidian |
| 129 | xieyongcan | 130 | Sherryli |
| 131 | HRX HOME | 132 | QingMuShangMao |
| 133 | MUHAMMAD GODDARD | 134 | ejrit |
| 135 | Zhoukouchujunshangmao | 136 | ZHANGZHIXI |
| 137 | QRF Information Technology | 138 | Wzaon |
| 139 | DISMISSED | 140 | shengshishun |
| 141 | LKSPD-BM | 142 | DISMISSED |
| 143 | zhangdonlin | 144 | Ning Tesla |
| 145 | OhSunshine | 146 | Monkey F Luffy |
| 147 | KeXiangMao | 148 | CAPXIE |
| 149 | chengxiangqufenghuangshanzhengzubinfuzhuangdian | 150 | Lawrence Alvarez |
| 151 | DISMISSED | 152 | HengJiaoShangMao |
| 153 | Fardingswrong | 154 | henanshengpingdingshanshiweidongqujuesoubaihuodian |
| 155 | ShanXi XinSuCheng ShangMao Co.,Ltd | 156 | oengbi |
| 157 | Dorv | 158 | guangzhouyunshengshangmaoyouxiangongsi |
| 159 | COLLINCC | 160 | taochi-US |
| 161 | DISMISSED | 162 | sacxvxz |
| 163 | GJ-MMM | 164 | ZZPZJ |
| 165 | Zhongyao Technology | 166 | DISMISSED |
| 167 | Xiangtao Ma | 168 | DISMISSED |
| 169 | ningxialihaifangdichanyingxiaocehuayouxiangongsi | 170 | Jin Cheng Shi Shi Tuo |
| 171 | oskimborne | 172 | ZhiShengWoHaiZaiJian859Chi |
| 173 | jinghuabaolin | 174 | DISMISSED |
| 175 | AGUIBAIHUO | 176 | juanjuan1215 |
| 177 | MNBG | 178 | jinankangyuxinxikejiyouxiangongsi |
| 179 | baigouxinchengbanjuxiangbaodian | 180 | vxcgwsrse |
| 181 | homelovely520 | 182 | zuoqing2 |
| 183 | wenjin fashion | 184 | ZR jewerly |
| 185 | ZPJ-shop | 186 | zheng20170204 |
| 187 | ZGGU | 188 | zhenzhenwang |

8

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 189 | yuzhang20050 | 190 | ZHAIWAI |
| 191 | zgdong66 | 192 | ZahuoDian2020 |
| 193 | zhenxinai | 194 | lucaifeng |
| 195 | zhoushuang9488 | 196 | zhangling1989 |
| 197 | zhfiwl | 198 | zhanghaiyan886 |
| 199 | zhaoguifang3924 | 200 | zhanglixin3540 |
| 201 | zuyunrui0852 | | |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 1 | aliexpress.com/store/1491551 | 2 | aliexpress.com/store/1656035 |
| 3 | aliexpress.com/store/3623155 | 4 | aliexpress.com/store/4574041 |
| 5 | aliexpress.com/store/5247261 | 6 | aliexpress.com/store/5262194 |
| 7 | aliexpress.com/store/5617267 | 8 | DISMISSED |
| 9 | aliexpress.com/store/711993 | 10 | aliexpress.com/store/900249063 |
| 11 | aliexpress.com/store/910562209 | 12 | aliexpress.com/store/910663035 |
| 13 | aliexpress.com/store/911047176 | 14 | aliexpress.com/store/911048159 |
| 15 | aliexpress.com/store/911233059 | 16 | amazon.com/sp?seller=A101USJKIIJFW |
| 17 | amazon.com/sp?seller=A127NTG2ON9YEN | 18 | amazon.com/sp?seller=A131B830PF0XO0 |
| 19 | amazon.com/sp?seller=A13DENNET6DKFD | 20 | DISMISSED |
| 21 | amazon.com/sp?seller=A14L60I74HGSO2 | 22 | amazon.com/sp?seller=A17Y2W64FH4WKD |
| 23 | amazon.com/sp?seller=A18BZ29N2L9Y0Z | 24 | amazon.com/sp?seller=A18HMRGMQ9KRQS |
| 25 | amazon.com/sp?seller=A18RORML59A7VK | 26 | amazon.com/sp?seller=A19T40RBAFMRKQ |
| 27 | amazon.com/sp?seller=A19UAUJ25TNCZR | 28 | amazon.com/sp?seller=A1AKZXFVJYA1AX |
| 29 | amazon.com/sp?seller=A1E850JP4P817K | 30 | amazon.com/sp?seller=A1EOG21YC5EON3 |
| 31 | amazon.com/sp?seller=A1FACPM0SKR3WM | 32 | amazon.com/sp?seller=A1FBL7QZ3V7H9U |
| 33 | DISMISSED | 34 | amazon.com/sp?seller=A1G2KJ3V0G7B1Z |
| 35 | amazon.com/sp?seller=A1GTVD2FPU35F7 | 36 | amazon.com/sp?seller=A1HJ4EBYDKO18Q |
| 37 | amazon.com/sp?seller=A1IVM1MK68HRQY | 38 | amazon.com/sp?seller=A1JAKADN6NWJWK |
| 39 | DISMISSED | 40 | amazon.com/sp?seller=A1KDB274VTL9QK |
| 41 | amazon.com/sp?seller=A1KIG8LMVRT72L | 42 | amazon.com/sp?seller=A1M04522WJW1YF |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 43 | amazon.com/sp?seller=A1OVEF4NOS6YHK | 44 | amazon.com/sp?seller=A1OYKV1YN9B0TQ |
| 45 | DISMISSED | 46 | amazon.com/sp?seller=A1QS39EN96PMHE |
| 47 | amazon.com/sp?seller=A1RZHVSY2XVR5N | 48 | amazon.com/sp?seller=A1S10RRZOUPZ6G |
| 49 | amazon.com/sp?seller=A1SHV8VVGRU27U | 50 | amazon.com/sp?seller=A1SQ4BD7QCEMJ9 |
| 51 | amazon.com/sp?seller=A1TG97OQEHCKN7 | 52 | amazon.com/sp?seller=A1TPTCCLJNHYWR |
| 53 | amazon.com/sp?seller=A1UY6S789GPMT6 | 54 | amazon.com/sp?seller=A1V0X6ZLC7L19D |
| 55 | amazon.com/sp?seller=A1V818KL2OH5FJ | 56 | amazon.com/sp?seller=A1WAOB9GI3D5V9 |
| 57 | amazon.com/sp?seller=A1WEH0F45WRTEG | 58 | DISMISSED |
| 59 | amazon.com/sp?seller=A1Y2RL9LF2SXUT | 60 | DISMISSED |
| 61 | DISMISSED | 62 | amazon.com/sp?seller=A20R1QAUJ4WFAX |
| 63 | amazon.com/sp?seller=A21QYZLH8PY598 | 64 | amazon.com/sp?seller=A22UF4UL0JMUQE |
| 65 | DISMISSED | 66 | amazon.com/sp?seller=A25RTXW1864MSU |
| 67 | amazon.com/sp?seller=A2625CFN496W8T | 68 | amazon.com/sp?seller=A263NOROKQYDYJ |
| 69 | DISMISSED | 70 | amazon.com/sp?seller=A281ZB77S0XKPZ |
| 71 | amazon.com/sp?seller=A283LOP1CBL63D | 72 | amazon.com/sp?seller=A28G2HB10KYEU7 |
| 73 | amazon.com/sp?seller=A28WPXDZBD5MWV | 74 | amazon.com/sp?seller=A2937VGFTN5JZB |
| 75 | amazon.com/sp?seller=A29P3BK4T0B8US | 76 | amazon.com/sp?seller=A2AMB20QDT33IW |
| 77 | amazon.com/sp?seller=A2AYEP9ENET2SQ | 78 | amazon.com/sp?seller=A2B7J1B68OCZSS |
| 79 | amazon.com/sp?seller=A2C0PB6FTJLMCQ | 80 | amazon.com/sp?seller=A2CPEDQVMOIWD5 |
| 81 | amazon.com/sp?seller=A2DXDGAJSQ0Q95 | 82 | amazon.com/sp?seller=A2GKPVKGI8H6HK |
| 83 | amazon.com/sp?seller=A2GPGD9M3NNK63 | 84 | amazon.com/sp?seller=A2H8YDXFDUXS0Y |
| 85 | amazon.com/sp?seller=A2IBDFOWMGUVEJ | 86 | amazon.com/sp?seller=A2IPUTY377YEE8 |
| 87 | amazon.com/sp?seller=A2JIV4EA1JXVF7 | 88 | amazon.com/sp?seller=A2LX0ND2T7CC1N |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 89 | amazon.com/sp?seller=A2NILXQIC5NKHJ | 90 | amazon.com/sp?seller=A2NU8KX4G039VY |
| 91 | amazon.com/sp?seller=A2NYPC9L558GVJ | 92 | amazon.com/sp?seller=A2PBE5V6B11XKP |
| 93 | DISMISSED | 94 | amazon.com/sp?seller=A2QTB0NTZCQH52 |
| 95 | amazon.com/sp?seller=A2R6RV6CGO5ZI5 | 96 | amazon.com/sp?seller=A2TP19OAGK9Z3R |
| 97 | amazon.com/sp?seller=A2V7STTTB7DH40 | 98 | amazon.com/sp?seller=A2WKNK1AXS2C8P |
| 99 | amazon.com/sp?seller=A2XTXWMQCUDFUP | 100 | amazon.com/sp?seller=A2Y6BXG6PLN7U5 |
| 101 | amazon.com/sp?seller=A2Z1OYZNH6M3Z | 102 | amazon.com/sp?seller=A2Z34U06PQ0S68 |
| 103 | amazon.com/sp?seller=A2ZPIY68J9ML67 | 104 | amazon.com/sp?seller=A2ZUYHA6CB1I0N |
| 105 | amazon.com/sp?seller=A300N2TD4ZXD6T | 106 | amazon.com/sp?seller=A31E6B3JCJEAKO |
| 107 | amazon.com/sp?seller=A333P6VKC7D0Y0 | 108 | DISMISSED |
| 109 | DISMISSED | 110 | amazon.com/sp?seller=A3537NPVSK4CFS |
| 111 | amazon.com/sp?seller=A353FKZRZ7F0CD | 112 | amazon.com/sp?seller=A354GRDG1R7IC0 |
| 113 | amazon.com/sp?seller=A36BM4HR5FBLLC | 114 | amazon.com/sp?seller=A36E6VC1F4Z8ES |
| 115 | amazon.com/sp?seller=A36LSG3KWMQRC6 | 116 | amazon.com/sp?seller=A37GFURK8AKL04 |
| 117 | amazon.com/sp?seller=A37OFV1S504OSP | 118 | amazon.com/sp?seller=A37PXJZZ0RVIGY |
| 119 | amazon.com/sp?seller=A37QJVTC6WMCOR | 120 | amazon.com/sp?seller=A39CCWDCE5TNL0 |
| 121 | amazon.com/sp?seller=A39N2NCFZQ1I8X | 122 | DISMISSED |
| 123 | DISMISSED | 124 | amazon.com/sp?seller=A3ARH8SOZ1K515 |
| 125 | amazon.com/sp?seller=A3ASX2VKWLPP20 | 126 | amazon.com/sp?seller=A3BBD5R7CVWJ0W |
| 127 | amazon.com/sp?seller=A3CRX3XQ0Y66H4 | 128 | amazon.com/sp?seller=A3DP0YO3W62CXK |
| 129 | amazon.com/sp?seller=A3DR15QMBK0K1I | 130 | amazon.com/sp?seller=A3FCGFE0I6984H |
| 131 | amazon.com/sp?seller=A3HFD3V1H4O5SG | 132 | amazon.com/sp?seller=A3HNY6CL3F1J10 |
| 133 | amazon.com/sp?seller=A3J6MFVYS12SAA | 134 | amazon.com/sp?seller=A3JAEP9JOZPJLV |
| 135 | amazon.com/sp?seller=A3K6LD9Z1JSIIO | 136 | amazon.com/sp?seller=A3KZ8HC4SI6KGG |
| 137 | amazon.com/sp?seller=A3L98AS47S2RD | 138 | amazon.com/sp?seller=A3MF91QFIS2U7Z |

| No. | Online Marketplaces | No. | Online Marketplaces |
|-----|---------------------|-----|---------------------|
|     | Q                   |     |                     |
| 139 | DISMISSED           | 140 | amazon.com/sp?seller=A3PBQ3J53JED4V |
| 141 | amazon.com/sp?seller=A3QH9SDLU5P6DD | 142 | DISMISSED |
| 143 | amazon.com/sp?seller=A3RVX65K5RBYXS | 144 | amazon.com/sp?seller=A3UAYHXUTBZJQE |
| 145 | amazon.com/sp?seller=A40E763MEQGLR | 146 | amazon.com/sp?seller=A66P6X6B3CFIY |
| 147 | amazon.com/sp?seller=A6AO7IRYDIKFU | 148 | amazon.com/sp?seller=A817QBAVSTU1M |
| 149 | amazon.com/sp?seller=A83UEV0ARTOF6 | 150 | amazon.com/sp?seller=A8P0BSSCET31T |
| 151 | DISMISSED | 152 | amazon.com/sp?seller=AC8BXGO2I05DF |
| 153 | amazon.com/sp?seller=ADHBKJDFZ32BP | 154 | amazon.com/sp?seller=AEJEX52ANV7QG |
| 155 | amazon.com/sp?seller=AEPAVHLZY8LSK | 156 | amazon.com/sp?seller=AEZVY017CUJAP |
| 157 | amazon.com/sp?seller=AF6HZFXMMMJPV | 158 | amazon.com/sp?seller=AF7NDJ377OSOP |
| 159 | amazon.com/sp?seller=AFTXQ0XMP3IH0 | 160 | amazon.com/sp?seller=AG3WGOI0GU1W5 |
| 161 | DISMISSED | 162 | amazon.com/sp?seller=AIDM129K14FXH |
| 163 | amazon.com/sp?seller=AJ7K5URXJ4GD9 | 164 | amazon.com/sp?seller=AKPPPYJJ27SGY |
| 165 | amazon.com/sp?seller=ALDGNX9D5BD1W | 166 | DISMISSED |
| 167 | amazon.com/sp?seller=AMOLRDJ5P2NLY | 168 | DISMISSED |
| 169 | amazon.com/sp?seller=ANJW8VXUQ8NPO | 170 | amazon.com/sp?seller=APNUHSFB23BRC |
| 171 | amazon.com/sp?seller=ARP4GDCP5G4WC | 172 | amazon.com/sp?seller=AS96KEQU99WMA |
| 173 | amazon.com/sp?seller=ASOQATDYW1Q6K | 174 | DISMISSED |
| 175 | amazon.com/sp?seller=AVI3XNMML8QS | 176 | amazon.com/sp?seller=AVQ73Z1B1VF6L |
| 177 | amazon.com/sp?seller=AXA1EWQIUEO00 | 178 | amazon.com/sp?seller=AYLUUNIADUVMR |
| 179 | amazon.com/sp?seller=AYW9COWSDCHK3 | 180 | amazon.com/sp?seller=AZ0E18YJ21CWY |
| 181 | ebay.com/usr/homelovely520 | 182 | ebay.com/usr/zuoqing2 |
| 183 | wish.com/merchant/540fdab77f086e4e8d80d1de | 184 | wish.com/merchant/556409bc6fe7f40eb1e72491 |
| 185 | wish.com/merchant/587de7f3f9dc3d4cb0099bed | 186 | wish.com/merchant/58958d0b3156c851af347378 |
| 187 | wish.com/merchant/58d0fb4512c380509accbe34 | 188 | wish.com/merchant/596391667fe24154a19e631c |
| 189 | wish.com/merchant/59a4cf070ec30f3560854f79 | 190 | wish.com/merchant/5aaba8574215951a536fa875 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 191 | wish.com/merchant/5abf54b96be8730c83e5869a | 192 | wish.com/merchant/5ac2183fb125ab0c29577f72 |
| 193 | wish.com/merchant/5ae849b931e2c363ff11ef26 | 194 | wish.com/merchant/5e677fe6fc578f05c2946fc9 |
| 195 | wish.com/merchant/5e816f7136e4b83229d122e6 | 196 | wish.com/merchant/5e831697396875a3c0c97d78 |
| 197 | wish.com/merchant/5e8fe79640b03514421b6e26 | 198 | wish.com/merchant/5e980d58e1a3330f8020fe27 |
| 199 | wish.com/merchant/5f30a6f384fd97f4714053d0 | 200 | wish.com/merchant/5fd6d6a1e01b111a967eb764 |
| 201 | wish.com/merchant/5fe5b2b6e28428ca66c2b32b | | |

13