# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| PEANUTS WORLDWIDE LLC,<br><br>Plaintiff,<br><br>v.<br><br>ZOOYA FACTORY STORE, *et al.*,<br><br>Defendants. | Case No. 21-cv-1992<br><br>Hon. Steven C. Seeger |

## PERMANENT INJUNCTION ORDER

This action having been commenced by Plaintiff Peanuts Worldwide LLC's ("Plaintiff") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified on Schedule A attached hereto (the "Seller Aliases"), which allegedly offer to sell, and do sell, unauthorized, counterfeit, and infringing Peanuts products on various third-party platforms, and Plaintiff having moved for entry of Default and Default Judgment against the defendants listed in the attached Schedule A (collectively, the "Defaulting Defendants").

This Court finds, without adversarial presentation, that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using at least the Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products bearing unauthorized copies of the Peanuts Copyrighted Designs (including U.S. Copyright Registration Nos. B 197-759, GP 59-162, and A 95-985) and/or using infringing and counterfeit versions of the

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

PEANUTS Trademarks (collectively, the "Unauthorized Peanuts Products") to residents of Illinois. A non-exclusive list of the PEANUTS Trademarks is included in the below chart.

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 1,255,304 | PEANUTS | For: address books; books (including coloring books); datebooks; greeting cards; growth charts made of paper; invitations; memo pads; nametags made of paper; paintbrushes; paper napkins; pencils; pencil boxes and cases; place cards made of paper; playing cards; telephone list books; wrapping paper for gifts; writing paper and envelopes; and writing tablets in class 016. |
| 1,265,839 | PEANUTS | For: Christmas decorations and ornaments; dolls; playsets; puzzles in class 028. |
| 1,301,542 | PEANUTS | For: music boxes in class 015. |
| 1,729,501 | PEANUTS | For: clothing; namely, infant boys' and girls' creepers, leggings, shorts, jackets, tops, boys' tops, shorts, tank tops, fleece tops, pants, pajamas, jackets, shorts, and socks; girls' shorts, tops, creepers, jumpers, socks and hosiery in class 025. |
| 1,970,335 | PEANUTS | For: bed linen, namely bedspreads, blankets, comforters, pillowcases, pillow shams, and sheets in class 024. |
| 4,017,645 | PEANUTS | For: pre-recorded DVDs featuring animated characters; pre-recorded CDs featured animated character voices; films featuring animated characters; computer game programs, computer game software, video games, namely, video game software, video game cartridges and video game discs; downloadable television shows featuring animated characters in class 009.<br><br>For: continuing animated programs distributed over television, satellite, audio, video media, the internet and worldwide web in class 041. |
| 4,429,043 | PEANUTS | For: motion picture films featuring animated cartoons; downloadable motion pictures featuring animated cartoons; downloadable music in class 009. |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
| 5,023,666 | PEANUTS | For: porcelain commemorative plates in class 021. |
| 5,392,411 | PEANUTS | For: bags, namely, purses, tote bags, backpacks, book bags, school bags, diaper bags, duffel bags, messenger bags, overnight bags, sling bags, luggage, luggage tags, travels bags and garment bags for travel, cosmetic bags sold empty, toiletry bags sold empty, cinch sacks in the nature of drawstring bags used as backpacks, wristlet bags, wallets, change purses, leather and imitation leather key chains, umbrellas; pet clothing; pet accessories, namely, leashes, collars in class 018. |
| 1,254,632 | SNOOPY | For: games and toys; ornaments and decorations for Christmas trees in class 028. |
| 1,256,819 | SNOOPY | For: jewelry, watches, and clocks in class 014. |
| 1,256,900 | SNOOPY | For: luggage and totebags in class 018. |
| 1,256,970 | SNOOPY | For: athletic jerseys, aprons, bibs, coats, footwear, gloves, hats, jackets, jogging suits, mittens, nightgowns, nightshirts, pajamas, t-shirts, tank tops, shorts, socks, sweatshirts, and underwear in class 025. |
| 1,267,166 | SNOOPY | For: picture frames in class 020. |
| 1,268,857 | SNOOPY | For: adhesive bandages in class 005. |
| 1,286,055 | SNOOPY | For: drinking glasses, glass mugs, ceramic mugs, decorative ceramic storage containers for miscellaneous items, and toothbrushes in class 021. |
| 1,300,520 | SNOOPY | For: books, writing paper and envelopes, paint brushes, playing cards, printed instructional and teaching materials, crayons, felt-tip markers, pencils, erasers, paper lunchbags, calendars, drawing paper and tablets, and memo pads in class 016. |
| 2,492,720 | SNOOPY | For: gummy candies in class 030. |
| 4,145,986 | SNOOPY | For: pre-recorded DVDs, pre-recorded CDs, motion picture films for television featuring animated |

| Registration No. | Trademark | Goods and Services |
|---|---|---|
|  |  | characters; computer game programs; computer game software; video game programs; video game discs; and video game software in class 009. |
| 5,218,767 | SNOOPY | For: motion picture films featuring children's entertainment; downloadable motion pictures featuring children's entertainment in class 009. |
| 5,214,344 | CHARLIE BROWN | For: motion picture films featuring animated cartoons; downloadable motion pictures featuring animated cartoons; downloadable music, ringtones and electronic games via the internet and wireless devices in class 009. |

This Court enters this permanent injunction under Rule 65(d) in light of Plaintiff's showing of the willful use of counterfeit PEANUTS Trademarks and/or willful use of the Peanuts Copyrighted Designs by the Defaulting Defendants.

The Court orders as follows:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and other persons in active concert with them be permanently restrained from:

   a. using the PEANUTS Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Peanuts product or not authorized by Plaintiff to be sold in connection with the PEANUTS Trademarks;

   b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Peanuts Copyrighted Designs in any manner without the express authorization of Plaintiff;

c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Peanuts product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the PEANUTS Trademarks and/or the Peanuts Copyrighted Designs;

d. committing any acts calculated to cause consumers to believe that Defaulting Defendants' Unauthorized Peanuts Products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

e. further infringing the PEANUTS Trademarks and damaging Plaintiff's goodwill; and

f. shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff's, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of Plaintiff's trademarks, including the PEANUTS Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Peanuts Copyrighted Designs.

2. All monies, up to the total damages in the amount awarded by this Court in the Final Judgment Order, in Defaulting Defendants' financial accounts, including monies held by PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are hereby released to Plaintiff as partial payment of the above-identified damages, and PayPal, Alipay, Alibaba, Ant Financial, Wish.com, and Amazon Pay, are ordered to release to Plaintiff the amounts from Defaulting Defendants' financial accounts within ten (10) calendar days of receipt of this Order.

3. The two hundred and one hundred thousand ($201,000.00) surety bond posted by Plaintiff is hereby released to Plaintiff or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Plaintiff or its counsel.

Date: November 12, 2021

                                                    Steven C. Seeger
                                                  United States District Judge

Peanuts Worldwide LLC v. ZOOYA FACTORY STORE, et al. - Case No. 21-cv-01992

# Schedule A

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 1 | ZOOYA Factory Store | 2 | Wenzhou Stone Communication & Stationery Company |
| 3 | Heartmove bakeware Store | 4 | Shop4574041 Store |
| 5 | Decor Pianting Store | 6 | Colorful Art Store |
| 7 | Shop5617267 Store | 8 | DISMISSED |
| 9 | Shop711993 Store | 10 | Shop900249063 Store |
| 11 | ManYun Art Store | 12 | Wozik Store |
| 13 | KDH18 Store | 14 | KDH Store |
| 15 | AK-14 Store | 16 | ZHVV |
| 17 | ZDZLH | 18 | Sanglin Trading Co., Ttd. |
| 19 | ShangHaiXiRuoShangWuZiXunYouXianGongSi1 | 20 | DISMISSED |
| 21 | SOULS125 | 22 | A17Y2W64FH4WKD |
| 23 | Faddlingmany | 24 | xians hixinchengqup inganqicheyongpindian |
| 25 | chengxiangquxialinshilinlifuzhuangdian | 26 | NingBoYueXinGuoJiMaoYiYouXianGongSi |
| 27 | jinkuijiaju | 28 | ZHTDT |
| 29 | ADSQBXCY | 30 | XSRJ |
| 31 | CONICIXI | 32 | shunfengs |
| 33 | DISMISSED | 34 | YongKangShiZengShangMaoYiYouXianGongSi |
| 35 | HannahJoe | 36 | cuohoumaoyi |
| 37 | HeNanHongTuKuangChanPinKaiFaYouXianGongSi | 38 | Love The Family |
| 39 | DISMISSED | 40 | pingyixianhuankaidianzishangwuzhongxin |
| 41 | bestmasks | 42 | lihuazahuo |
| 43 | Zhang Hui Youth Clothing | 44 | guangzhouhuiyikejiyouxiangongsi |
| 45 | DISMISSED | 46 | HuanXianXuLiangLiangRiYongPinShangHang |
| 47 | lionJ2 | 48 | Yanikabi |
| 49 | CHENGFENGE | 50 | HM7003268 |
| 51 | zhongjinhua | 52 | qishuixuanbolizhipinyouxiangongsi |
| 53 | SuiXiXianChengBeiYuMengFuZhuangDian | 54 | JYBDsri |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 55 | Inhuaxinq | 56 | WNGJUFD |
| 57 | FvrRo | 58 | DISMISSED |
| 59 | sbhajb | 60 | DISMISSED |
| 61 | DISMISSED | 62 | GZFUUT |
| 63 | Charene's Home & Deco | 64 | PAP9003047 |
| 65 | DISMISSED | 66 | dflkwkaiwer |
| 67 | BLAMK | 68 | VanCinicy |
| 69 | DISMISSED | 70 | Efakgqukha |
| 71 | A283LOP1CBL63D | 72 | Summer Whales |
| 73 | DERHJ | 74 | CONNZIP |
| 75 | FOURFOOL | 76 | dongguanfeierboxincailiaokejiyouxiangongsi |
| 77 | Nan'an City, Fujian Province Jinxiu Clothing Co., | 78 | ccbhkeru |
| 79 | Zhuangyandianzi | 80 | shenzhenmengdakejiyouxiangongsi |
| 81 | ZHONGHA INDUSTRIAL LI | 82 | cheechfoo |
| 83 | HDXYMYP | 84 | ZXNPDY |
| 85 | God's clothing store | 86 | Shehegril |
| 87 | SCQ55X439 | 88 | Qi Yuping Trading Company |
| 89 | xianaerhawanguokejiyouxiangongsi | 90 | Givenmore |
| 91 | huang yongbos | 92 | XiaMenMangShengWangLuoKeJiYouXianGongSi |
| 93 | DISMISSED | 94 | MuDanJiangShiWanTongZaiShengZiwnYouXianGongSi |
| 95 | MichaelWare | 96 | A2TP19OAGK9Z3R |
| 97 | DuoYaShangMaoYouXianGongSi | 98 | maqiaowujindian |
| 99 | hanjiangquhanxizengshimingfuzhuangdian | 100 | Dream Town J |
| 101 | taianshicuwenjingquzhibaowangluokejifuwugongzuoshi | 102 | Gjmtj |
| 103 | zhurunshangmao | 104 | XingHuaLing |
| 105 | ZHIYANG | 106 | xxhhttkk |
| 107 | CANCAKA110 | 108 | DISMISSED |
| 109 | DISMISSED | 110 | ChengDuPaLiDianZiShangWuYouXianGongSi |
| 111 | LONSANT-204 | 112 | XWG1082639 |
| 113 | HaiDongShiShenDongShuCaiXiaoShouYouXianGongSi | 114 | haikoumeilanjiananshangmaozhongxin |
| 115 | A36LSG3KWMQRC6 | 116 | Peak's Gift |
| 117 | iTianHeQuDuiQuShangMaoYouXianGongSi | 118 | putainxuan |

| No. | Seller Aliases | No. | Seller Aliases |
|---|---|---|---|
| 119 | zhang lix | 120 | Watefether |
| 121 | SAN--MING | 122 | DISMISSED |
| 123 | DISMISSED | 124 | bijiafuzhuang |
| 125 | asdrtxz | 126 | Gonmeld. |
| 127 | kuonendianzishangwu | 128 | huantaixianchengqumailabeilayingyouerfushidian |
| 129 | xieyongcan | 130 | Sherryli |
| 131 | HRX HOME | 132 | QingMuShangMao |
| 133 | MUHAMMAD GODDARD | 134 | ejrit |
| 135 | Zhoukouchujunshangmao | 136 | ZHANGZHIXI |
| 137 | QRF Information Technology | 138 | Wzaon |
| 139 | DISMISSED | 140 | shengshishun |
| 141 | LKSPD-BM | 142 | DISMISSED |
| 143 | zhangdonlin | 144 | Ning Tesla |
| 145 | OhSunshine | 146 | Monkey F Luffy |
| 147 | KeXiangMao | 148 | CAPXIE |
| 149 | chengxiangqufenghuangshanzhengzubinfuzhuangdian | 150 | Lawrence Alvarez |
| 151 | DISMISSED | 152 | HengJiaoShangMao |
| 153 | Fardingswrong | 154 | henanshengpingdingshanshiweidongqujuesoubaihuodian |
| 155 | ShanXi XinSuCheng ShangMao Co.,Ltd | 156 | oengbi |
| 157 | Dorv | 158 | guangzhouyunshengshangmaoyouxiangongsi |
| 159 | COLLINCC | 160 | taochi-US |
| 161 | DISMISSED | 162 | sacxvxz |
| 163 | GJ-MMM | 164 | ZZPZJ |
| 165 | Zhongyao Technology | 166 | DISMISSED |
| 167 | Xiangtao Ma | 168 | DISMISSED |
| 169 | ningxialihaifangdichanyingxiaocehuayouxiangongsi | 170 | Jin Cheng Shi Shi Tuo |
| 171 | oskimborne | 172 | ZhiShengWoHaiZaiJian859Chi |
| 173 | jinghuabaolin | 174 | DISMISSED |
| 175 | AGUIBAIHUO | 176 | juanjuan1215 |
| 177 | MNBG | 178 | jinankangyuxinxikejiyouxiangongsi |
| 179 | baigouxinchengbanjuxiangbaodian | 180 | vxcgwsrse |
| 181 | homelovely520 | 182 | zuoqing2 |
| 183 | wenjin fashion | 184 | ZR jewerly |
| 185 | ZPJ-shop | 186 | zheng20170204 |
| 187 | ZGGU | 188 | zhenzhenwang |

| No. | Seller Aliases |
|---|---|
| 189 | yuzhang20050 |
| 191 | zgdong66 |
| 193 | zhenxinai |
| 195 | zhoushuang9488 |
| 197 | zhfiwl |
| 199 | zhaoguifang3924 |
| 201 | zuyunrui0852 |

| No. | Seller Aliases |
|---|---|
| 190 | ZHAIWAI |
| 192 | ZahuoDian2020 |
| 194 | lucaifeng |
| 196 | zhangling1989 |
| 198 | zhanghaiyan886 |
| 200 | zhanglixin3540 |
| | |

| No. | Online Marketplaces |
|---|---|
| 1 | aliexpress.com/store/1491551 |
| 3 | aliexpress.com/store/3623155 |
| 5 | aliexpress.com/store/5247261 |
| 7 | aliexpress.com/store/5617267 |
| 9 | aliexpress.com/store/711993 |
| 11 | aliexpress.com/store/910562209 |
| 13 | aliexpress.com/store/911047176 |
| 15 | aliexpress.com/store/911233059 |
| 17 | amazon.com/sp?seller=A127NTG2ON9YEN |
| 19 | amazon.com/sp?seller=A13DENNET6DKFD |
| 21 | amazon.com/sp?seller=A14L60I74HGSO2 |
| 23 | amazon.com/sp?seller=A18BZ29N2L9Y0Z |
| 25 | amazon.com/sp?seller=A18RORML59A7VK |
| 27 | amazon.com/sp?seller=A19UAUJ25TNCZR |
| 29 | amazon.com/sp?seller=A1E850JP4P817K |
| 31 | amazon.com/sp?seller=A1FACPM0SKR3WM |
| 33 | DISMISSED |
| 35 | amazon.com/sp?seller=A1GTVD2FPU35F7 |
| 37 | amazon.com/sp?seller=A1IVM1MK68HRQY |
| 39 | DISMISSED |
| 41 | amazon.com/sp?seller=A1KIG8LMVRT72L |

| No. | Online Marketplaces |
|---|---|
| 2 | aliexpress.com/store/1656035 |
| 4 | aliexpress.com/store/4574041 |
| 6 | aliexpress.com/store/5262194 |
| 8 | DISMISSED |
| 10 | aliexpress.com/store/900249063 |
| 12 | aliexpress.com/store/910663035 |
| 14 | aliexpress.com/store/911048159 |
| 16 | amazon.com/sp?seller=A101USJKIIJFW |
| 18 | amazon.com/sp?seller=A131B830PF0XO0 |
| 20 | DISMISSED |
| 22 | amazon.com/sp?seller=A17Y2W64FH4WKD |
| 24 | amazon.com/sp?seller=A18HMRGMQ9KRQS |
| 26 | amazon.com/sp?seller=A19T40RBAFMRKQ |
| 28 | amazon.com/sp?seller=A1AKZXFVJYA1AX |
| 30 | amazon.com/sp?seller=A1EOG21YC5EON3 |
| 32 | amazon.com/sp?seller=A1FBL7QZ3V7H9U |
| 34 | amazon.com/sp?seller=A1G2KJ3V0G7B1Z |
| 36 | amazon.com/sp?seller=A1HJ4EBYDKO18Q |
| 38 | amazon.com/sp?seller=A1JAKADN6NWJWK |
| 40 | amazon.com/sp?seller=A1KDB274VTL9QK |
| 42 | amazon.com/sp?seller=A1M04522WJW1YF |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 43 | amazon.com/sp?seller=A1OVEF4NOS6YHK | 44 | amazon.com/sp?seller=A1OYKV1YN9B0TQ |
| 45 | DISMISSED | 46 | amazon.com/sp?seller=A1QS39EN96PMHE |
| 47 | amazon.com/sp?seller=A1RZHVSY2XVR5N | 48 | amazon.com/sp?seller=A1S10RRZOUPZ6G |
| 49 | amazon.com/sp?seller=A1SHV8VVGRU27U | 50 | amazon.com/sp?seller=A1SQ4BD7QCEMJ9 |
| 51 | amazon.com/sp?seller=A1TG97OQEHCKN7 | 52 | amazon.com/sp?seller=A1TPTCCLJNHYWR |
| 53 | amazon.com/sp?seller=A1UY6S789GPMT6 | 54 | amazon.com/sp?seller=A1V0X6ZLC7L19D |
| 55 | amazon.com/sp?seller=A1V818KL2OH5FJ | 56 | amazon.com/sp?seller=A1WAOB9GI3D5V9 |
| 57 | amazon.com/sp?seller=A1WEH0F45WRTEG | 58 | DISMISSED |
| 59 | amazon.com/sp?seller=A1Y2RL9LF2SXUT | 60 | DISMISSED |
| 61 | DISMISSED | 62 | amazon.com/sp?seller=A20R1QAUJ4WFAX |
| 63 | amazon.com/sp?seller=A21QYZLH8PY598 | 64 | amazon.com/sp?seller=A22UF4UL0JMUQE |
| 65 | DISMISSED | 66 | amazon.com/sp?seller=A25RTXW1864MSU |
| 67 | amazon.com/sp?seller=A2625CFN496W8T | 68 | amazon.com/sp?seller=A263NOROKQYDYJ |
| 69 | DISMISSED | 70 | amazon.com/sp?seller=A281ZB77S0XKPZ |
| 71 | amazon.com/sp?seller=A283LOP1CBL63D | 72 | amazon.com/sp?seller=A28G2HB10KYEU7 |
| 73 | amazon.com/sp?seller=A28WPXDZBD5MWV | 74 | amazon.com/sp?seller=A2937VGFTN5JZB |
| 75 | amazon.com/sp?seller=A29P3BK4T0B8US | 76 | amazon.com/sp?seller=A2AMB20QDT33IW |
| 77 | amazon.com/sp?seller=A2AYEP9ENET2SQ | 78 | amazon.com/sp?seller=A2B7J1B68OCZSS |
| 79 | amazon.com/sp?seller=A2C0PB6FTJLMCQ | 80 | amazon.com/sp?seller=A2CPEDQVMOIWD5 |
| 81 | amazon.com/sp?seller=A2DXDGAJSQ0Q95 | 82 | amazon.com/sp?seller=A2GKPVKGI8H6HK |
| 83 | amazon.com/sp?seller=A2GPGD9M3NNK63 | 84 | amazon.com/sp?seller=A2H8YDXFDUXS0Y |
| 85 | amazon.com/sp?seller=A2IBDFOWMGUVEJ | 86 | amazon.com/sp?seller=A2IPUTY377YEE8 |
| 87 | amazon.com/sp?seller=A2JIV4EA1JXVF7 | 88 | amazon.com/sp?seller=A2LX0ND2T7CC1N |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 89 | amazon.com/sp?seller=A2NILXQIC5NKHJ | 90 | amazon.com/sp?seller=A2NU8KX4G039VY |
| 91 | amazon.com/sp?seller=A2NYPC9L558GVJ | 92 | amazon.com/sp?seller=A2PBE5V6B11XKP |
| 93 | DISMISSED | 94 | amazon.com/sp?seller=A2QTB0NTZCQH52 |
| 95 | amazon.com/sp?seller=A2R6RV6CGO5ZI5 | 96 | amazon.com/sp?seller=A2TP19OAGK9Z3R |
| 97 | amazon.com/sp?seller=A2V7STTTB7DH40 | 98 | amazon.com/sp?seller=A2WKNK1AXS2C8P |
| 99 | amazon.com/sp?seller=A2XTXWMQCUDFUP | 100 | amazon.com/sp?seller=A2Y6BXG6PLN7U5 |
| 101 | amazon.com/sp?seller=A2Z1OYZNH6M3Z | 102 | amazon.com/sp?seller=A2Z34U06PQ0S68 |
| 103 | amazon.com/sp?seller=A2ZPIY68J9ML67 | 104 | amazon.com/sp?seller=A2ZUYHA6CB1I0N |
| 105 | amazon.com/sp?seller=A300N2TD4ZXD6T | 106 | amazon.com/sp?seller=A31E6B3JCJEAKO |
| 107 | amazon.com/sp?seller=A333P6VKC7D0Y0 | 108 | DISMISSED |
| 109 | DISMISSED | 110 | amazon.com/sp?seller=A3537NPVSK4CFS |
| 111 | amazon.com/sp?seller=A353FKZRZ7F0CD | 112 | amazon.com/sp?seller=A354GRDG1R7IC0 |
| 113 | amazon.com/sp?seller=A36BM4HR5FBLLC | 114 | amazon.com/sp?seller=A36E6VC1F4Z8ES |
| 115 | amazon.com/sp?seller=A36LSG3KWMQRC6 | 116 | amazon.com/sp?seller=A37GFURK8AKL04 |
| 117 | amazon.com/sp?seller=A37OFV1S504OSP | 118 | amazon.com/sp?seller=A37PXJZZ0RVIGY |
| 119 | amazon.com/sp?seller=A37QJVTC6WMCOR | 120 | amazon.com/sp?seller=A39CCWDCE5TNL0 |
| 121 | amazon.com/sp?seller=A39N2NCFZQ1I8X | 122 | DISMISSED |
| 123 | DISMISSED | 124 | amazon.com/sp?seller=A3ARH8SOZ1K515 |
| 125 | amazon.com/sp?seller=A3ASX2VKWLPP20 | 126 | amazon.com/sp?seller=A3BBD5R7CVWJ0W |
| 127 | amazon.com/sp?seller=A3CRX3XQ0Y66H4 | 128 | amazon.com/sp?seller=A3DP0YO3W62CXK |
| 129 | amazon.com/sp?seller=A3DR15QMBK0K1I | 130 | amazon.com/sp?seller=A3FCGFE0I6984H |
| 131 | amazon.com/sp?seller=A3HFD3V1H4O5SG | 132 | amazon.com/sp?seller=A3HNY6CL3F1J10 |
| 133 | amazon.com/sp?seller=A3J6MFVYS12SAA | 134 | amazon.com/sp?seller=A3JAEP9JOZPJLV |
| 135 | amazon.com/sp?seller=A3K6LD9Z1JSIIO | 136 | amazon.com/sp?seller=A3KZ8HC4SI6KGG |
| 137 | amazon.com/sp?seller=A3L98AS47S2RD | 138 | amazon.com/sp?seller=A3MF91QFIS2U7Z |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| | Q | | |
| 139 | DISMISSED | 140 | amazon.com/sp?seller=A3PBQ3J53JED4V |
| 141 | amazon.com/sp?seller=A3QH9SDLU5P6DD | 142 | DISMISSED |
| 143 | amazon.com/sp?seller=A3RVX65K5RBYXS | 144 | amazon.com/sp?seller=A3UAYHXUTBZJQE |
| 145 | amazon.com/sp?seller=A40E763MEQGLR | 146 | amazon.com/sp?seller=A66P6X6B3CFIY |
| 147 | amazon.com/sp?seller=A6AO7IRYDIKFU | 148 | amazon.com/sp?seller=A817QBAVSTU1M |
| 149 | amazon.com/sp?seller=A83UEV0ARTOF6 | 150 | amazon.com/sp?seller=A8P0BSSCET31T |
| 151 | DISMISSED | 152 | amazon.com/sp?seller=AC8BXGO2I05DF |
| 153 | amazon.com/sp?seller=ADHBKJDFZ32BP | 154 | amazon.com/sp?seller=AEJEX52ANV7QG |
| 155 | amazon.com/sp?seller=AEPAVHLZY8LSK | 156 | amazon.com/sp?seller=AEZVY017CUJAP |
| 157 | amazon.com/sp?seller=AF6HZFXMMMJPV | 158 | amazon.com/sp?seller=AF7NDJ377OSOP |
| 159 | amazon.com/sp?seller=AFTXQ0XMP3IH0 | 160 | amazon.com/sp?seller=AG3WGOI0GU1W5 |
| 161 | DISMISSED | 162 | amazon.com/sp?seller=AIDM129K14FXH |
| 163 | amazon.com/sp?seller=AJ7K5URXJ4GD9 | 164 | amazon.com/sp?seller=AKPPPYJJ27SGY |
| 165 | amazon.com/sp?seller=ALDGNX9D5BD1W | 166 | DISMISSED |
| 167 | amazon.com/sp?seller=AMOLRDJ5P2NLY | 168 | DISMISSED |
| 169 | amazon.com/sp?seller=ANJW8VXUQ8NPO | 170 | amazon.com/sp?seller=APNUHSFB23BRC |
| 171 | amazon.com/sp?seller=ARP4GDCP5G4WC | 172 | amazon.com/sp?seller=AS96KEQU99WMA |
| 173 | amazon.com/sp?seller=ASOQATDYW1Q6K | 174 | DISMISSED |
| 175 | amazon.com/sp?seller=AVI3XNMML8QS | 176 | amazon.com/sp?seller=AVQ73Z1B1VF6L |
| 177 | amazon.com/sp?seller=AXA1EWQIUEO00 | 178 | amazon.com/sp?seller=AYLUUNIADUVMR |
| 179 | amazon.com/sp?seller=AYW9COWSDCHK3 | 180 | amazon.com/sp?seller=AZ0E18YJ21CWY |
| 181 | ebay.com/usr/homelovely520 | 182 | ebay.com/usr/zuoqing2 |
| 183 | wish.com/merchant/540fdab77f086e4e8d80d1de | 184 | wish.com/merchant/556409bc6fe7f40eb1e72491 |
| 185 | wish.com/merchant/587de7f3f9dc3d4cb0099bed | 186 | wish.com/merchant/58958d0b3156c851af347378 |
| 187 | wish.com/merchant/58d0fb4512c380509accbe34 | 188 | wish.com/merchant/596391667fe24154a19e631c |
| 189 | wish.com/merchant/59a4cf070ec30f3560854f79 | 190 | wish.com/merchant/5aaba8574215951a536fa875 |

| No. | Online Marketplaces | No. | Online Marketplaces |
|---|---|---|---|
| 191 | wish.com/merchant/5abf54b96be8730c83e5869a | 192 | wish.com/merchant/5ac2183fb125ab0c29577f72 |
| 193 | wish.com/merchant/5ae849b931e2c363ff11ef26 | 194 | wish.com/merchant/5e677fe6fc578f05c2946fc9 |
| 195 | wish.com/merchant/5e816f7136e4b83229d122e6 | 196 | wish.com/merchant/5e831697396875a3c0c97d78 |
| 197 | wish.com/merchant/5e8fe79640b03514421b6e26 | 198 | wish.com/merchant/5e980d58e1a3330f8020fe27 |
| 199 | wish.com/merchant/5f30a6f384fd97f4714053d0 | 200 | wish.com/merchant/5fd6d6a1e01b111a967eb764 |
| 201 | wish.com/merchant/5fe5b2b6e28428ca66c2b32b | | |